UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS JR.,

                Petitioner,

    v.

DONALD R. HOLBROOK, et al.,

                Respondents.

Case No. C21-0217-RJB-MAT

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This action is DISMISSED without prejudice;

(3) Petitioner's motion to proceed in forma pauperis (Dkt. 1) is DENIED as moot; and

\\

\\

\\

ORDER OF DISMISSAL - 1

1  (4) The Clerk is directed to send copies of this Order to the parties and to Judge
2 Theiler.
3     Dated this _____ day of _____, 2021.

                                              ROBERT BRYAN
                                              United States District Judge

ORDER OF DISMISSAL - 2