# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER:   C21-0217-RJB |
| v. | |
| DONALD R. HOLBROOK, et al., | |
| Respondents. | |

____   **Jury Verdict.**  This action comes before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

By Order of the Court, this case is dismissed without prejudice.

Dated this _____ day of _____, 2021.

                                                   WILLIAM M. MCCOOL
                                                   Clerk

                                                   Deputy Clerk